In the Matter of the Accounting of T. CALAM LAWRENCE, as Administrator C. T. A. of the Estate of SARAH E. LAWRENCE, Deceased. RALPH S. KENT, Special Guardian, et al., Appellants; T. CALAM LAWRENCE, Individually and as Administrator C. T. A. of the Estate of SARAH E. LAWRENCE, Deceased, et al., Respondents.

Submitted September 29, 1947; decided October 2, 1947.

*William J. Dawley, R. Elliott Davis* and *Thomas E. White* for motion.

*Ralph S. Kent, Malcolm Wilson* and *Edward J. Freeman* opposed.

Motions granted and appeal dismissed, with costs and $10 costs of motion.